IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SHARON K. REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BERRY NETWORK, INC., a division of ) | |
| AT&T Communications, nka Berry ) | |
| Network, LLC ) | |
| ) | |
| and ) | Case No. 3:13-cv-035 |
| ) | |
| AT&T UMBRELLA BENEFIT PLAN NO. ) | JUDGE: HERBERT RICE |
| 1: c/o AT&T Integrated Disability Service ) | MAGISTRATE: JUDGE MICHAEL R. |
| Center ) | MERZ |
| ) | |
| and ) | |
| ) | |
| SEDGWICK CLAIM MANAGEMENT ) | |
| SERVICES, INC. ) | |
| ) | |
| and ) | |
| ) | |
| HEWITT ASSOCIATES, LLC, ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING
### MOTION FOR *PRO HAC VICE* ATTORNEY TO ACT AS TRIAL COUNSEL

This matter is before the Court on the Motion for *Pro Hac Vice* Attorney to Act as Trial Counsel filed by Defendants. The Court, having examined said Motion and being duly advised, hereby GRANTS same.

IT IS HEREBY ORDERED that Eric P. Mathisen is granted leave to act as trial counsel in this matter, participate in hearings and conferences, and sign pleadings without Attorney Seidler.

Dated: \_\_\_\_4-11\_\_\_\_, 2013.

                                                JUDGE, UNITED STATES DISTRICT COURT

DISTRIBUTION:

Robert F. Seidler
robert.seidler@ogletreedeakins.com

Eric P. Mathisen
eric.mathisen@ogletreedeakins.com

Gary J. Leppla
gjleppla@LepLaw.com

Philip J. Leppla
pjleppla@LepLaw.com