IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SHARON K. REED, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:13-cv-035 |
| AT&T UMBRELLA BENEFIT PLAN NO. 1 | ) JUDGE: HERBERT RICE<br>) MAGISTRATE: JUDGE MICHAEL R. MERZ |
| Defendant. | ) |

### ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having examined said stipulation and being duly advised, now GRANTS same.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice, with each party to bear its own costs and attorney fees.

_____
Judge, United States District Court

DISTRIBUTION:

Eric P. Mathisen
eric.mathisen@ogletreedeakins.com

Gary J. Leppla
gjleppla@leplaw.com

Philip J. Leppla
pjleppla@leplaw.com